# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA M. PEREZ,<br><br>    Petitioner,<br><br>v.<br><br>KELLY HARRINGTON, Warden,<br><br>    Respondent. | Case No. CV 09-5071-DDP (JEM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has expired, and no Objections have been filed. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that Respondent's Motion to Dismiss be granted and that judgment be entered dismissing the Petition for Writ of Habeas Corpus without prejudice.

DATED: May 11, 2010

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE