# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA M. PEREZ, | Case No.  CV 09-5071-DDP (JEM) |
| Petitioner, | **JUDGMENT** |
| v. | |
| KELLY HARRINGTON, Warden, | |
| Respondent. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed without prejudice.

DATED: May 11, 2010

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE